Issa K. Moe, Bar No. 254998
MOSS & BARNETT, P.A.
150 South Fifth Street, Suite 1200
Minneapolis, Minnesota 55402
(612) 877-5277/FAX (612) 877-5076
Issa.Moe@lawmoss.com

Attorneys for Defendant
CONCORA CREDIT INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYGRACE C. ROSENBARKER,<br><br>        Plaintiff,<br><br>    v.<br><br>CONCORA CREDIT INC., a Delware limited liability company; and, DOES 1-10, inclusive,<br><br>        Defendants. | Case No.:  3:24-cv-01540-DMS-AHG<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CONCORA CREDIT INC.** |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF MARYGRACE C. ROSENBARKER AND COUNSEL OF RECORD:

The defendant, Concora Credit Inc. ("Concora"), being a non-governmental corporate party, by and through its undersigned counsel, submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Civ. L. R. 40.2, and states as follows:

Concora is a privately held corporation.  No publicly held company owns 10% or more of its stock.

- 1 -

9624389v1

1

2                                              MOSS & BARNETT, P.A.

3

4     Dated:  September 3, 2024              By:   s/ Issa K. Moe

5                                                ISSA K. MOE
                                                 Attorneys for Defendant
6                                                CONCORA CREDIT INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOSS & BARNETT, P.A.
150 SOUTH FIFTH STREET, SUITE 1200
MINNEAPOLIS, MINNESOTA 55402

- 2 -

**CORPORATE DISCLOSURE STATEMENT**
Case No.  3:24-cv-01540-DMS-AHG

9624389v1